AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-113 Bailey

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Firstsource Solutions USA, LLC**
was received by me on *(date)* **5/28/25**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Corporation Service Company**, who is designated by law to accept service of process on behalf of *(name of organization)* **Firstsource Solutions USA, LLC** on *(date)* **5/28/25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/28/25**

*Cindy Cragg*
Server's signature

Cindy Cragg
Printed name and title

Server's address

Additional information regarding attempted service, etc: