## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

DIANA MEY, on behalf of herself and all
others similarly situated,

      Plaintiff,

    v.                                                               Case No. 5:25-cv-00113-JPB

FIRSTSOURCE SOLUTIONS USA, LLC,

      Defendant.

### STIPULATION EXTENDING RESPONSE TIME

Now come all parties hereto by their undersigned attorneys and stipulate that the Defendant,

Firstsource Solutions USA, LLC, shall have to and including January 23, 2026, within which to

answer or otherwise plead to Plaintiff's First Set of Combined Discovery (including Requests for

Admission).

    DATED: December 31, 2025      Respectfully submitted,


          /s/Ryan M. Donovan (WDW  by tele.permission)
          Ryan M. Donovan (WVSB #11660)
          Andrew C. Robey (WVSB #12806)
          **Hissam Forman Donovan Ritchie PLLC**
          P.O. Box 3983
          Charleston, WV 25339
          rdonovan@hfdrlaw.com
          arobey@hfdrlaw.com
          Counsel for Plaintiff

          and

27791451.1

2

/s/William D. Wilmoth
William D. Wilmoth (WV Bar # 4075)
Katherine R. Herrmann (WV Bar# 14067)
Steptoe & Johnson PLLC
1324 Chapline Street
Wheeling, WV 26003
William.Wilmoth@steptoe-johnson.com
Katie.Herrmann@steptoe-johnson.com
Counsel for Defendant

27791451.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT WHEELING

DIANA MEY, on behalf of herself and          :
others similarly situated,                            :
                                                                    :
      Plaintiff,                                       :
                                                                    :
v.                                                                   :          Civil Action No. 5:25-cv-00113-JPB
                                                                    :
FIRSTSOURCE SOLUTIONS USA, LLC     :
                                                                    :
      Defendant,                                    :

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December 2025, I filed the foregoing *Stipulation Extending Response Time* with the Clerk of Courts via the e-filing system, which will effectuate service upon and send notification to of such to the following:

Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
**Hissam Forman Donovan Ritchie PLLC**
P.O. Box 3983
Charleston, WV 25339
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

/s/William D. Wilmoth
William D. Wilmoth (WV Bar # 4075)

3

27791451.1